UNITED STATES COURT OF INTERNATIONAL TRADE         FORM 7

```
Dell Will Customs Brokers (USA) Inc, F/A
Metal Tech-Omega Inc

                              Plaintiff,              21-00630
                                                 Court No.
          v.                                     and Attached Schedule

United States

                              Defendant.
```

## NOTICE OF DISMISSAL

**PLEASE TAKE NOTICE** that plaintiff, pursuant to Rule 41(a)(1)(A)(i) of the Rules of the United States Court of International Trade, hereby dismisses the action(s) listed on the attached schedule.

Dated: 12/27/2023 _____

/S/
Edmund Maciorowski
Attorney for Plaintiff
Dell Will Customs Brokers (USA) Inc.

Street Address
3500 Eleven Mile Rd.

City, State and Zip Code
Berkley, MI 48072
248 705 0036
Telephone No.

## Schedule to Notice of Dismissal

| Court Number(s) | Plaintiff(s) Name | Protest Number(s) or Claim Number(s) (if applicable) | Entry Number(s) (if applicable) |
|---|---|---|---|
| 21-00630 | Dell Will Customs Brokers (USA) Inc, F/A Metal Tech-Omega | ALL | All |

## Order of Dismissal

The actions listed on the schedule set forth above, having been voluntarily noticed for dismissal by plaintiff, are dismissed.

Dated: _December 27, 2023_

Clerk, U. S. Court of International Trade

By: _/s/ Jason Chien_
Deputy Clerk

(As amended Dec. 18, 2001, eff. Apr.1, 2002; Aug. 2, 2010, eff. Sept. 1, 2010.)